UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and RONALD
MOORE, Individually,

        Plaintiffs,                              Case No. 3:16-cv-01123-PGS-TJB

vs.

UNION SQUARE CONDOMINIUM
ASSOCIATION, INC., a New Jersey Non-Profit
Corporation,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

        COMES NOW the Plaintiffs, The Independence Project, Inc. and Ronald Moore, by and through their undersigned counsel, and inform the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

        1.      The Plaintiffs request that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of Final Order or Judgment, or, on good cause shown, to re-open the case for further proceedings.

The Independence Project, Inc., et al. v.
Union Square Condominium Association, Inc.
Case No. 3:16-cv-01123-PGS-TJB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **11th** day of **October, 2016**, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System. I further certify that a true and correct copy of the foregoing will be sent via Notice of Electronic Filing via the Court's CM/ECF System to Attorneys for the Defendant, Corrine L. McCann, cmccann@foxrothschild.com, Fox Rothschild, LLP, 997 Lenox Drive, Building 3, Lawrenceville, NJ 08648.

Respectfully Submitted,

**/s/Asaad K. Siddiqi**
Asaad K. Siddiqi, Esq.
McCusker, Anselmi, Rosen & Carvelli, PC
210 Park Avenue, Suite 301
Florham Park, NJ 07932
Telephone: (973) 635-6300
Facsimile: (973) 635-6363
asiddiqi@marclaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*